FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 13 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Brett Elliott Steward
(Print your full name)

Plaintiff *pro se*,

v.

MACY'S INC
_____

_____
(Print full name of each defendant; an employer is usually the defendant)

Defendant(s).

CIVIL ACTION FILE NO.

**1:20-CV-4636**

(to be assigned by Clerk)

## PRO SE EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

    ✓ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

____    Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

√    Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

√    Other (describe) _See attached_

_____

_____

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.  Print your full name and mailing address below:

   Name     Brett Elliott Steward

   Address  1817 Sanford Drive NW

            Atlanta GA 30318

4. Defendant(s).  Print below the name and address of each defendant listed on page 1 of this form:

   Name     MACY'S INC

   Address  7 West Seventh Street

            Cincinnati, OH 45202

   Name     MACY'S, INC.

   Address  1300 Cumberland Mall SE

            Atlanta GA 30339

   Name     _____

   Address  _____

            _____

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   Macy's INC
   1300 Cumberland Mall SE Atlanta GA, 30339
   Macy's INC
   7 West Seventh Street Cincinnati, OH 45202

6. When did the alleged discrimination occur? (State date or time period)

~~~~~~~~ Started the end of 2018 to the date of my termination, which was July 1st 2020. ~~~~

### Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?   ✓ Yes   ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes   ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: _____

9. If you are suing for **age discrimination**, check one of the following:

    ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

_____ Yes  _____ No  __✓__ Not applicable, because I was not an employee of, or applicant with, a State agency.

If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

_____
_____
_____
_____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

_____ Yes  _____ No  __✓__ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

If you checked "Yes," describe below what happened in that administrative process:

_____
_____
_____
_____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    \_\_\_\_\_ failure to hire me
    \_\_\_\_\_ failure to promote me
    \_\_\_\_\_ demotion
    \_\_\_\_\_ reduction in my wages
    ✓ working under terms and conditions of employment that differed from similarly situated employees
    ✓ harassment
    ✓ retaliation
    ✓ termination of my employment
    ✓ failure to accommodate my disability
    \_\_\_\_\_ other (please specify) _____

13. I believe that I was discriminated against because of (check only those that apply):

    ✓ my race or color, which is __Black__
    \_\_\_\_\_ my religion, which is _____
    ✓ my sex (gender), which is   __X__ male   \_\_\_\_\_ female
    \_\_\_\_\_ my national origin, which is _____
    \_\_\_\_\_ my age (my date of birth is _____)
    ✓ my disability or perceived disability, which is:
    __Major Depressive Disorder and Panic Disorder.__

    \_\_\_\_\_ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    \_\_\_\_\_ other (please specify) _____

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

Please See Attached typed Facts of claim.

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff _____ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation? ✓ Yes ____ No

    If you checked "Yes," please explain: Macy's INC Failed to give reasonable accommodations and also didn't start the interactive process which also resulted in retaliation and harassment due to my disability.

17. If your case goes to trial, it will be heard by a judge unless you elect a jury trial. Do you request a jury trial? ✓ Yes ____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓ Defendant(s) be directed to Pay All current and previous Lawyer Fee regarding this claim.

✓ Money damages (list amounts) 1. Two years of Salary; $145,000.00
2. Two years of Health care cobra $26,400

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this 13th day of November, 2020

_____
(Signature of plaintiff *pro se*)

Brett Elliott Steward
(Printed name of plaintiff *pro se*)

1817 Sandford Drive NW
(street address)

Atlanta GA 30318
(City, State, and zip code)

BrettESteward@yahoo.com
(email address)

678-570-0686
(telephone number)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Atlanta District Office**

100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Atlanta Direct Dial: (404) 562-6887
FAX (404) 562-6909/6910
Website: www.eeoc.gov

Our Reference:
**Charge No.: 410-2020-04544**
**Brett Steward v. Macy's**

Brett Steward
c/o Amelia Grubbs
Hornsby Law
1180 W. Peachtree St. NW
Suite 2200
Atlanta, GA 30309

Dear Mr. Steward:

As you are aware, I am the Investigator assigned to the charge of discrimination you filed on March 16, 2020. To date, the information submitted in response to your allegations of discrimination has been thoroughly reviewed. Based on the contents of the charge file, the evidence of record failed to establish that you were the subject of discrimination.

Please find the enclosed determination in this matter. The determination will conclude the Commission's processing of this charge. **You will still be able to pursue the matter in Federal court. You will have 90 days to bring a private suit against Respondent, from the date of receipt of the dismissal and notice of rights.**

Sincerely,

AUG 1 9 2020
_____
Date mailed

*Jamila S. Mims*
Jamila S. Mims
Senior Investigator

Enclosure(s)

EEOC Form 161 (11/16)　　　　　**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Brett Steward<br>1817 Sanford Drive, N.W<br>Atlanta, GA 30318 | From: | Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2020-04544 | Jamila Mims, Investigator | (404) 562-6919 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Darrell E. Graham,
District Director

AUG 19 2020
*(Date Mailed)*

Enclosures(s)

cc:
Trish Martin
Littler CaseSmart
C/O LITTLER MENDELSON, P.C.
2301 Mcgee St.
Suite 800
Kansas City, MO 64108

Amelia Grubbs
HORNSBY LAW
1180 W. Peachtree St. NW
Suite 2220
Atlanta, GA 30309

*Claim Overview and Description.*

To Whom It May Concern,

Please read the following statement below and PLEASE help me regarding my case.

As an Exeuvtive at Macy's, I was a member of EMBRACE. EMBACE was a small group in which men and woman of color spoke about racial issues within Macy's INC. In this Group, we discussed, racial divide between black and white colleagues and Executives, retaliation in a broad aspect (Managers being prevented from being promoted due to the way they speak, Medical and disability discrimination, the gap between white executives and black executives, salary difference between male and female associates, salary difference between black and white executives). Macy's can State that they have a Code of Conduct and Policy and Procedures regarding retaliation and discrimination but we all know what's in writing and what actually occurs or two different things.

At Cumberland Mall, store 744, we had a budget; which at the time was depleted due to the miss management of funds by Ms. Wynn. However, to engage and boost the Store morale, I would use my own money to buy breakfast for the whole entire store in the mornings, buy lunch for the whole entire store with my own money and have end-of-the-year dinners using my own money for my team. This can be verified by not only the colleagues but also other executives at the store. Macy's attorney failed to document this.

Why would I, a person of my work ethic, dedication to the people at my company and the development of the people at Macys and loyalty to Macys fabricate out of the blue lie about my experiences at Macy's and with my store management team. My employee file is flawless and has no disciplinary actions, or write-ups, or

conversations that discuss opportunities. I was the perfect example of a leader, which is why I receive People Leader of the year award.

The retaliation, discrimination and harassment due to my disability didn't start until I reported Ms. Wynn for her statements.

Macy's tried to settle with me for me resignation, however; this wasn't documented, I was told to walk into work resign and I would be given a form to fill out and receive a check within 30 day, this conversation to place with Kevin (Macy's Step 2 HR Representative). I was told that I would not be able to read the contract regarding a settlement for my resignation, which forced me to get an attorney.

Because of the struggles I experienced as a Black man in an organization that has a culture of denying the role race plays in the experience of line staff and managers.

I have a disability that was exacerbated by working in this toxic environment. After repeated attempts to address the issues, there were no noticeable changes to policies or my lived experience. After reporting this experience to my superiors and HR, I began experiencing retaliation and discrimination that showed up in the form of harassment and discrimination due to my disability. These behaviors left me feeing dehumanized, discouraged and not protected. They ultimately impacted my ability to be a provider for my family because I felt overwhelmed by the many attacks against me from Macy's.

I work in a place where I'm one or one of only a few Black people. I meet racism, discrimination and retaliation in a more casual, "WE'RE FRIENDS SO YOU KNOW I DON'T MEAN ANY HARM" kind of way. As we see from the social unrest happening now in the streets of America, the veiled attempts at

**CASSANDRA WANZO, M.D.**

602 Bombay Lane
Roswell, Georgia 30076-5828

678-566-1440
Fax: 678-566-1442

December 14, 2019

To Whom It May Concern:

Brett Steward is able to return to work on 12/15/2019: however, I was informed that Brett's manager is requiring him to work a 6-day work week. Brett and I have discussed his joy and passion to return to work as a MTM; however, for the next two weeks, I'm requesting that Brett only work a 5 day work week, 5 hour shifts for the next two weeks, ending 12/30/2019. Brett informed me that his FMLA is up; however he is still covered under ADA. I am asking for these reasonable accommodations to allow for an easy transition back to work.

Sincerely

*[signature]*

Cassandra L. Wanzo, MD