UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRETT ELLIOTT STEWARD,<br>        Plaintiff,<br><br>vs.<br><br>MACY'S INC., *7 West Seventh St., Cincinnati, OH 45202* and MACY'S, INC., *1300 Cumberland Mall, SE, Atlanta, GA 30339*,<br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-04636-AT |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and Macy's Inc.'s Motion to Compel Arbitration and Motion Dismiss, and the court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Atlanta, Georgia, this 7th day of June, 2021.

JAMES N. HATTEN
CLERK OF COURT

By: _s/R. Bryant_____
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 7, 2021
James N. Hatten
Clerk of Court

By: _s/R. Bryant_____
     Deputy Clerk